COPY

1   W. MICHAEL HENSLEY (CA Bar No. 90437)
    mhensley@AlvaradoSmith.com
2   THOMAS A. ZEIGLER (CA Bar No. 145053)
    tzeigler@AlvaradoSmith.com
3   CLAIRE M. SCHMIDT (CA Bar No. 262946)
    cschmidt@AlvaradoSmith.com
4   ALVARADOSMITH
    A Professional Corporation
5   1 MacArthur Place, Suite 200
    Santa Ana, California 92707
6   Tel: (714) 852-6800
    Fax: (714) 852-6899
7
    Attorneys for Plaintiff
8   VSI, INC.

FILED
CLERK, U.S. DISTRICT COURT

OCT - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  VSI, INC.,                          CASE NO. CV13-07308 -ODW
                                                        (MRWx)
13              Plaintiffs,
                                        COMPLAINT FOR:
14  v.                                  1. FEDERAL TRADEMARK
                                        INFRINGEMENT;
15  NUEVA VALLARTA MARKET, INC.,        2. FEDERAL COMMON LAW
    CARNICERIA NUEVA VALLARTA,          TRADEMARK INFRINGMENT;
16  AND DOES 1 THROUGH 9,               3. FEDERAL DILUTION;
                                        4. FEDERAL UNFAIR
17              Defendants.             COMPETITION;
                                        5. COMMON LAW TRADEMARK
18                                      INFRINGEMENT;
                                        6. DILUTION UNDER STATE
19                                      LAW;
                                        7. UNFAIR COMPETITION
20                                      UNDER CALIFORNIA STATE
                                        LAW; AND
21                                      8. UNJUST ENRICHMENT.

22                                      Demand for Jury Trial
                                        (F.R.Civ.P.38(b))
23

24

25

26

27

28
                              1
                          COMPLAINT

3676499.1 -- N1423.3

1  Plaintiff VSI, INC. ("VSI"), appearing through undersigned counsel, state as follows:

## Parties

2

3  1.  VSI is a corporation organized and existing under the laws of California with its

4  principal place of business at 12881 Bradley Ave, Sylmar, California, 91342.  VSI

5  owns multiple federally registered trademarks that are licensed to various entities that

6  operate supermarkets in California under the name "Vallarta Supermarkets".

7  2.  Upon information and belief, NUEVA VALLARTA MARKET, INC.

8  ("NUEVA") is a corporation organized and existing under the laws of California,

9  doing business in California, with its principal place of business at 15713 Downey

10  Avenue, Paramount, California 90723.

11  3.  Upon information and belief, CARNICERIA NUEVA VALLARTA,

12  ("CARNICERIA") is a business entity of form unknown, organized and existing under

13  the laws of California, doing business in California, with its principal place of

14  business at 15713 Downey Avenue, Paramount, California 90723.

15  4.  Upon information and belief, Defendants NUEVA and CARNICERIA

16  (together "Defendants") are affiliated corporate entities.

17  5.  Upon information and belief, NUEVA is the alter ego of CARNICERIA, or in

18  the alternative, CARNICERIA, is the alter ego of NUEVA.

19  6.  Upon information and belief, NUEVA dominates CARNICERIA to such an

20  extent that there is a total unity of interest, and a lack of corporate dependence, or in

21  the alternative, CARNICERIA dominates NUEVA to such an extent that there is a

22  total unity of interest, and a lack of corporate dependence.

23  7.  Upon information and belief, there is an overlap in ownership between NUEVA

24  and CARNICERIA, as well as an overlap in officers, directors and personnel.

25  8.  Upon information and belief,  during the duration of the transactions giving rise

26  to the cause of action, CARNICERIA had no separate mind, will or existence of its

27  own, as all business decisions are and were made by NUEVA for NUEVA's own

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3676499.1 -- N1423.3

1  benefit, or in the alternative, NUEVA had no separate mind, will or existence of its
2  own, as all business decisions are and were made by CARNICERIA for
3  CARNICERIA's own benefit.

4      9. The true names and capacities of Defendants Does 1-9 inclusive, are unknown
5  to VSI, who therefore sues them by such fictitious names. VIS will seek leave to
6  amend this complaint to allege their trues names and capacities when they have been
7  ascertained. VIS is informed and believes and thereon alleges that each of the
8  factiously named Defendant is responsible in some manner for the occurrences herein
9  alleged and that VSI's damages as herein alleged were proximately caused by those
10  Defendants. At all times herein mentioned, Defendants and DOES 1-9 inclusive were
11  agents, servants, employees or attorney of their co-defendants and in doing the things
12  hereinafter alleged were acting within the course and scope of their authority as those
13  agents, servants employees or attorneys, and with the permission and consent of their
14  co-defendants.

### Nature And Basis Of The Action

16      10. This is an action by VSI seeking preliminary and permanent injunctive relief
17  and damages and other monetary relief against Defendants for trademark
18  infringement, dilution, unfair competition, and unjust enrichment arising out of
19  Defendants.

20      11. This action arises under the Lanham Act, 15 U.S.C. § 1051, *et seq* for
21  trademark infringement pursuant to §32 of the trademark Act of 1946 (Lanham Act),
22  as amended, 15 U.S.C. § 1114 and for trademark infringement, dilution, unfair
23  competition and unjust enrichment under the statutory and common law of California.

### Jurisdiction And Venue

25      12. The jurisdiction of this Court over the subject matter of this action under
26  15 U.S.C. §1121, 28 U.S.C §§1331, and 1338 (a) and (b), and has supplemental

28

3
**COMPLAINT**

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1   jurisdiction under 28 U.S.C. §1367(a) over Plaintiff's claim under state law.

2       13. Supplemental jurisdiction over the related state law claims is conferred

3   upon this Court by 28 U.S.C. § 1367(a).

4       14. Venue in proper in this judicial district as Defendants reside here, having

5   committed acts of infringement and this subject to personal jurisdiction in this

6   judicial district, pursuant to 28 U.S.C. § 1391(b),(c).

## Allegations Common To All Counts

8       15. VSI is the owner of multiple federally registered trademarks, including the

9   trademarks for VALLARTA SUPERMARKETS, U.S. Registration Number

10   3,361,283; and VALLARTA SUPERMARKETS and design, U.S. Registration

11   Number 3,376,875, both for supermarket retail services.  VSI also owns U.S.

12   Registration No. 3,362,211 for VALLARTA (stylized),  and U.S. registration No.

13   3,378,463 for a Design Only mark both for restaurant services issued on January 1,

14   2008 and February 5, 2008, respectively (hereinafter all of the VSI trademarks are

15   collectively referred to as "VALLARTA Marks").  Copies of these registrations are

16   attached as Exhibit "1".  VSI has used its registered VALLARTA Marks for at least

17   17 years for retail grocery store services and for at least 14 years for restaurant

18   services.  These marks are owned by VSI.

19

20       16. VSI licenses its trademarks to a multiple related entities ("Licensees"), all of

21   which operate a chain of grocery stores in California under the name VALLARTA

22   SUPERMARKETS that  offer a wide array of goods and service including full and

23   self-service meat (Carniceria) and specialty foods from Mexico, Central & South

24   America.  The first Vallarta Supermarket was opened in 1985 under the name

25   "Carniceria Vallarta."   The Licensees operate more than forty stores in Southern

26   California and use the VALLARTA name for all of the stores.  Over the years, VSI

27

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1   has licensed its trademarks with the intention that the VALLARTA marks would be

2   prominently used in promoting the VALLARTA name in advertising, promotion, and

3   various other ways.

4       17. As a result of VSI's long usage and extensive promotion of the VALLARTA

5   marks are distinctive to designate Vallarta and its goods and services from others.

6   "Vallarta Supermarkets" are well-known and widely recognized to consumers.  VSI

7   has developed exclusive and valuable goodwill and strong federal and common-law

8   rights in the marks as a result of the usage and promotion of the VALLARTA marks.

9       18. On information and belief, long after VSI began using its VALLARTA Marks,

10  Defendants began operating a business under the name of "Carniceria Nueva

11  Vallarta".  This store is a retail grocery store specializing in the Hispanic and Latino

12  groceries and goods, located in the Central District of California. Screen captures from

13  Google Maps are also attached to the complaint as Exhibit "2".

14

15      19. On information and belief, Defendants' name "Carniceria Vallarta" is displayed

16  on Defendants' building and is very similar to VSI's Vallarta Supermarkets.

17      20. Plaintiff has objected to Defendants' use of the VALLARATA Marks. On

18  March 16, 2012, counsel for Plaintiff sent Defendants a cease and desist letter.  A true

19  and correct copy the cease and desist letter is attached hereto as Exhibit "3" and

20  incorporated by reference.

21      21. On August 23, 2012, counsel for Plaintiff sent Defendants a cease and desist

22  letter.  A true and correct copy the cease and desist letter is attached hereto as Exhibit

23  "4" and incorporated by reference.

24      22. On March 8, 2013, counsel for Plaintiff sent Defendants a cease and desist

25  letter.  A true and correct copy the cease and desist letter is attached hereto as Exhibit

26  "5" and incorporated by reference.

27      23. On August 27, 2013, counsel for Plaintiff sent Defendants the final cease  and

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

5
**COMPLAINT**

3676499.1 -- N1423.3

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1  desist letter.  A true and correct copy the cease and desist letter is attached hereto as

2  Exhibit "6" and incorporated by reference.

3      24.In response to the finale cease and desist letter, on or about September 19, 2013,

4  Defendants  contacted  Plaintiff's  counsel  and  refused  to  cease  further  use  of  the

5  infringing mark.

6      25.Defendants have not ceased their unauthorized imitation of VSI's VALLARTA

7  Marks.

8      26.On information and belief, Defendants intend to continue its unauthorized use

9  of VSI's VALLARTA Marks.

10      27.Defendants' use of the marks in commerce is without the permission, license or

11  authority of VSI.   Such use is confusingly similar to VSI's federally registered

12  VALLARTA Marks.

13      **Effect Of Defendants' Activities On The Consuming Public**

14      28.The use of the store name "Carniceria Nueva Vallarta" and the VALLARTA

15  Marks by Defendants in the manner described above is likely to cause confusion, to

16  cause mistake, and/or to deceive customers and potential customers of the parties, at

17  least as to some affiliation, connection or association of Defendants with

18  VALLARTA, or as to the origin, sponsorship, or approval of the goods and/or

19  services of Defendants by VSI.  Use in commerce of the store name "Carniceria

20  Nueva Vallarta" and the VALLARTA Marks by Defendants is likely to cause

21  confusion as to the origin of the services, of the distinctive quality of VSI' services

22  and the VALLARTA Marks.

23   

24      29.Use of the store name "Carniceria Nueva Vallarta" and the VALLARTA Marks

25  by Defendants in the manner described above falsely indicates to the purchasing

26  public that the goods and/or services of Defendants originate with VSI, or are

27  affiliated, connected or associated with VSI, or are sponsored, endorsed, or approved

28   

1    by VSI, or are some manner related to VSI.

2        30. Use of the store name "Carniceria Nueva Vallarta" and the VALLARTA Marks

3    by Defendants in the manner described above falsely designates the origin of the

4    goods and/or services of Defendants, and falsely and misleadingly describes and

5    represents material facts with respect to the goods, websites and/or commercial

6    activities of Defendant.

7        31. Use of the store name "Carniceria Nueva Vallarta" and the VALLARTA Marks

8    by Defendants in the manner described above enables Defendant to trade on and

9    receive the benefit of goodwill in those marks, which VSI has built up at great labor

10   and expense over many years.

11       32. Use of the store name "Carniceria Nueva Vallarta" and the VALLARTA Marks

12

13   by Defendants in the manner described above also enables Defendants to gain

14   acceptance for its goods and/or services, not solely on its own merits, but on the

15   reputation and goodwill of VSI's marks.

16       33. Use of the store name "Carniceria Nueva Vallarta" and the VALLARTA Marks

17   by Defendants in the manner described above unjustly enriches Defendant at VSI'

18   expense.

19       34. The activities of Defendants have caused irreparable injury to VSI and to the

20   public and, unless restrained by this Court, will continue to cause irreparable injury to

21   VSI and to the public. There is no adequate remedy at law for this injury.

22                    **COUNT ONE: Trademark Infringement**

23       35. VSI incorporates the allegations of paragraphs 1-34 as if set forth fully herein.

24

25       36. The acts of Defendants complained herein constitute infringement of

26   federally registered VALLARTA Marks in violation of 15 U.S.C. §1114(1).

27       37. Defendants' use of the VALLARTA Mark on its store in connection with the

28

                                        7
                                   **COMPLAINT**

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

services it provides to consumer has caused or is likely to cause confusion, mistake, or deception as to the source or origin, sponsorship, or approval of Defendants or their products, in that purchasers and others in this judicial district and elsewhere in the United States are likely to believe that Defendants are associated with or related to VSI or are authorized by VSI.

38. Defendants' acts injure VSI's image and reputation with consumers in this District by creating confusion about, and potential consumer dissatisfaction with, VSI.

39. The acts of Defendants described herein have been willful and in bad faith, making this an exceptional case within the meaning of 15 U.S.C. § 1117(a).

40. Plaintiff has been damaged by the acts of Defendants in an amount according to proof.

41. Plaintiff VSI is entitled to a preliminary injunction to be made permanent upon entry of final judgment, preventing Defendants' further infringement.

## COUNT TWO: Federal Common Law Trademark Infringement

42. VSI incorporates and repeats the allegations of paragraphs 1-41 as if set forth fully herein.

43. The acts of Defendants complained of herein constitute trademark infringement of VSI Marks in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

44. Plaintiff has have been damaged by the acts of Defendants in an amount according to proof.

## COUNT THREE: Federal Dilution

45. Plaintiff repeats the allegations from paragraphs 1-44 above as if fully set forth herein.

46. The acts of Defendants complained of herein constitute dilution in violation of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c), as amended.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

8
COMPLAINT

1  Plaintiff has been damaged by the acts of Defendants in an amount according to proof.

## COUNT FOUR: Federal Unfair Competition

47. Plaintiff repeats the allegations from paragraphs 1-46 above as if fully set forth herein.

48. The acts of Defendants complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

49. Plaintiff has been damaged by the acts of Defendant in an amount according to proof.

## COUNT FIVE: Common Law Trademark Infringement

50. Plaintiff repeats the allegations from paragraphs 1-49 above as if fully set forth herein.

51. The acts of Defendants complained of herein constitute trademark infringement in violation of the common law of California.

52. The acts of Defendants have been conducted maliciously, fraudulently, deliberately, and intentionally to divert sales from Plaintiff and inflict injury on Plaintiff.

53. Plaintiff has been damaged by the acts of Defendants in an amount according to proof.

## COUNT SIX: Dilution Under State Law

54. Plaintiff repeats the allegations from paragraphs 1-53 above as if fully set forth herein.

55. The acts of Defendants complained of herein constitute dilution of VSI trademarks in violation of California Business and Professions Code § 14247.

56. Plaintiff has been damaged by the acts of Defendant in an amount according to proof.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3676499.1 - N1423.3

## COUNT SEVEN : Unfair Competition Under California State Law

57. Plaintiff repeats the allegations from paragraphs 1-56 above as if fully set forth herein.

58. The acts of Defendants complained of herein constitute unfair competition in violation of California Business & Professions Code § 17200 et. seq.

59. Plaintiff has been damaged by the acts of Defendants in an amount according to proof.

## COUNT EIGHT: Unjust Enrichment

60. Plaintiff repeats the allegations from paragraphs 1-60 above as if fully set forth herein.

61. The acts of Defendants complained of herein constitute unjust enrichment of Defendants at the expense of Plaintiff.

62. Plaintiff has been damaged by the acts of Defendant in an amount according to proof.

## Prayer For Relief

WHEREFORE, Plaintiff VSI prays for entry of judgment against Defendants as follows:

1. Defendants, its officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them be preliminarily and permanently enjoined and restrained:

(a) From using "Vallarta," or VALLARTA Marks thereof, (whether alone or in combination with any other word(s) or element(s)), or any mark, name, domain name, or other designation which depicts, contains, or consists of any name or mark confusingly similar to VALLARTA Marks;

(b) From advertising, displaying, selling, or otherwise distributing

10
COMPLAINT

3676499.1 -- N1423.3

(whether in physical or electronic form), any and all advertisements, marketing or promotional materials, product packaging, signage, banners, invoices, pamphlets, leaflets, flyers and the like, as well as any goods (products, samples, and the like) containing "VALLARTA," the VALLARTA Marks and whether alone or in combination with any other word(s) or element(s)), or any other mark, name, or designation;

(c) From registering, attempting to register, or maintaining any trademark registration, trademark, trade name, domain name, trade designation, or other indicia of origin or source containing " VALLARTA," the VALLARTA Marks (or any variation thereof, whether alone or in combination with any other word(s) or element(s)), or any mark, name, domain name, or other designation which depicts, contains, or consists of any name or mark confusingly similar to VALLARTA Marks;

(d) From committing any acts or making any statements calculated, or the reasonably foreseeable consequence of which would be, to infringe or dilute VALLARTA Marks

(e) From committing any acts or making any statements calculated, or the reasonably foreseeable consequence of which would be, to infringe any of VSI's trademark rights in VALLARTA Marks or to confuse, mislead, or deceive consumers as to sponsorship, approval or affiliation of VSI by, with, or of Defendant, and;

(f) From conspiring with, aiding, assisting or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

2. Defendants be ordered to file with this Court and to serve upon Plaintiff within

11

COMPLAINT

1  thirty (30) days after the entry and service on Defendants of an injunction, a report in

2  writing and under oath setting forth in detail the manner and form in which

3  Defendants have complied with the injunction.

4      3.  Plaintiff recovers all damages it has sustained as a result of the activities of

5  Defendants.

6      4.  Pursuant to 15 U.S.C. § 1117, VSI be awarded treble damages and attorneys'

7  fees for willful infringement.

8      5.  An accounting be directed to determine the profits of Defendant resulting from

9  the activities complained of herein, and that such profits be paid over to Plaintiff,

10  increased as the Court finds to be just under the circumstances of this case.

11

12      6.  Defendants be required to account for and pay over to Plaintiff any benefit and

13  unjust enrichment obtained at Plaintiff's expense from their wrongful actions.

14      7.  Plaintiff be awarded its costs and fees related to this action, including but not

15  limited to reasonable attorney fees.

16      8.  Plaintiff be awarded prejudgment and post-judgment interest.

17      9.  Plaintiff be granted such other and further relief, at law or in equity, as the

18  Court may deem just and proper.

19  DATED:  October 2, 2013              ALVARADOSMITH
                                         A Professional Corporation
20

21

22
                                  By:
23                                       W. MICHAEL HENSLEY
                                         THOMAS ZEIGLER
24                                       CLAIRE M. SCHMIDT
                                         Attorneys for Plaintiff VSI, INC.
25

26

27

28

12
**COMPLAINT**

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1

### Demand For Jury Trial

2   VSI hereby demands a trial by jury on all issues and claims raised in the

3   Complaint that are triable by jury.

4   DATED:  October 2, 2013          ALVARADOSMITH
                                      A Professional Corporation
5

6
                                By: 
7
                                    W. MICHAEL HENSLEY
8                                   THOMAS ZEIGLER
                                    CLAIRE M. SCHMIDT
9                                   Attorneys for Plaintiff VSI. INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3676499.1 -- N1423.3

Exhibit 1

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,361,283
Registered Jan. 1, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



VALLARTA SUPERMARKETS, INC. (CALIFOR-
  NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

  FOR: RETAIL GROCERY STORES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

  FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

THE MARK CONSISTS OF PALM TREE DESIGN.

SER. NO. 77-003,873, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,376,875

Registered Feb. 5, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



VALLARTA SUPERMARKETS, INC. (CALIFOR-
  NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

FOR: RETAIL GROCERY STORES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

SER. NO. 77-003,865, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

Reg. No. 3,362,211

## United States Patent and Trademark Office

Registered Jan. 1, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



VALLARTA SUPERMARKETS, INC. (CALIFOR-
NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

THE MARK CONSISTS OF PALM TREE DESIGN.

SER. NO. 77-975,050, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,378,463
Registered Feb. 5, 2008

**SERVICE MARK**
**PRINCIPAL REGISTER**



VALLARTA SUPERMARKETS, INC. (CALIFOR-
NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

SER. NO. 77-975,027, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY

Exhibit 2

15713 Downey Avenue, Paramount, CA - Google Maps                                        Page 1 of 1

Google



15713 Downey Avenue, Paramount, CA - Google Maps                    Page 1 of 1

Google

To see all the details that are visible on the screen, use the "Print" link next to the map.



15713 Downey Avenue, Paramount, CA - Google Maps                    Page 1 of 1





15713 Downey Avenue, Paramount, CA - Google Maps

Page 1 of 1

Google



15713 downey avenue, paramount, ca - Google Maps

Google

To see all the details that are visible on the screen, use the "Print" link next to the map.



10/2/2013

15713 downey avenue, paramount, ca - Google Maps



Google



15713 downey avenue, paramount, ca - Google Maps

Page 1 of 1



Google



10/2/2013

Exhibit 3



GLENDALE OFFICE
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Post Office Box 29001
Glendale, CA 91209-9001
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

March 16, 2012

<u>**Via Express Mail**</u>

CARNICERIA NUEVA VALLARTA
15713 Downey Ave.
Paramount, CA 90723-4407

Re:     Unauthorized use of Vallarta Supermarkets, Inc. Trademark
         CPH Ref. V260:30.2*3

Dear Carniceria Nueva Vallarta:

        This firm represents Vallarta Supermarkets, Inc. ("Vallarta Supermarkets")
with respect to the enforcement and protection of its intellectual property, including
its trademarks. Vallarta Supermarkets owns and operates dozens of supermarkets,
and is a major player in the Hispanic and Latino supermarket and grocery industry.

        Vallarta Supermarkets opened its first grocery store in 1985 under the name
"Carniceria Vallarta." As a result, Vallarta Supermarkets has long-standing
common law rights in its VALLARTA mark. In addition to these common law
rights, Vallarta Supermarket owns U.S. Registration Nos. 3,376,875 and 3,378,463
for the servicemarks VALLARTA (stylized) and Design. Copies of these
registrations are enclosed for your reference. Vallarta Supermarkets has used its
registered Vallarta marks for at least 17 years for retail grocery store services and
for at least 14 years for restaurant services.

        Vallarta Supermarkets has devoted substantial time, effort and resources in
protecting and promoting its VALLARTA mark and VALLARTA (stylized) and
Design marks (collectively, the "VALLARTA marks"), which have resulted in
tremendous goodwill and reputation that Vallarta Supermarkets and the
VALLARTA marks now enjoy. The VALLARTA marks are of great importance
and value to Vallarta Supermarkets, and Vallarta Supermarkets is determined to
protect its marks.

        It has come to our attention that Carniceria Nueva Vallarta is operating as a
retail grocery store specializing the Hispanic and Latino groceries and goods. Due
to the substantial similarity between the store name Carniceria Nueva Vallarta and
the VALLARTA marks, and the nearly identical services offered by Carniceria
Nueva Vallarta and Vallarta Supermarkets, it is very likely that a consumer would
be confused as to the origin of the services.

James B. Christie   (1904-1959)
Robert L. Parker   (1920-1980)
C. Russell Hale    (1916-2004)

David A. Dillard
Thomas J. Daly
Edward R. Schwartz
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
G. Warren Bleeker
Gabriel Fitch
Steven E. Lauridsen
Derek W. Yeung
Jason C. Martone
Joshua T. Chu
David W. Klinger
Bruce A. Wagar, Ph.D.
Phyllis C. Simon
Justin O. Ehresmann, Ph.D.
Shaun P. Lee
Ryan M. Swank
Faustina Y. Lee
Eric C. Arnell
Dustin R. Szakalski
Katherine L. Quigley
Martin W. Regehr

Of Counsel
Walter G. Maxwell

Patent Agents
Nicole Ballew Chang, Ph.D.

CARNICERIA NUEVA VALLARTA
March 16, 2012
Page 2

Carniceria Nueva Vallarta's actions therefore constitute both federal and common law trademark infringement, false designation of origin, and unfair competition. Federal civil penalties provided in 15 U.S.C. §1117 for trademark infringement allow for the recovery of damages, as well as the profits from the infringing use of the trademark. Moreover, because Carniceria Nueva Vallarta is now on notice of Vallarta Supermarkets's rights, a court may increase the damages by up to three times and award Vallarta Supermarkets its reasonable attorneys' fees.

We are sure that you will agree that it is in both Vallarta Supermarkets and Carniceria Nueva Vallarta's best interests to resolve this matter amicably rather than resort to litigation; however, we are prepared to take whatever steps are necessary to enforce Vallarta Supermarkets's intellectual property rights. If Carniceria Nueva Vallarta is willing to cease all use of the VALLARTA marks and will agree to not use the marks in the future, then Vallarta Supermarkets is willing to enter into a covenant not to sue Carniceria Nueva Vallarta regarding its past use of the marks.

Please confirm to us within seven days from the date of this letter that Carniceria Nueva Vallarta agrees to cease its use of the VALLARTA marks. Thereafter, we can proceed with the final resolution of this matter by preparing a written agreement. In the meantime, nothing in this letter is a waiver of Vallarta Supermarkets's rights and remedies in connection with this matter, all of which are expressly reserved.

Sincerely,

Thomas J. Daly

TJD/pcs
Enclosure: U.S. Registration Nos. 3,376,875 and 3,378,463

PCS PAS1164691.1-*-03/16/12 2:54 PM



Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,376,875

## United States Patent and Trademark Office

Registered Feb. 5, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



VALLARTA SUPERMARKETS, INC. (CALIFOR-
NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

FOR: RETAIL GROCERY STORES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

SER. NO. 77-003,865, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

Reg. No. 3,378,463

## United States Patent and Trademark Office
Registered Feb. 5, 2008

### SERVICE MARK
#### PRINCIPAL REGISTER



VALLARTA SUPERMARKETS, INC. (CALIFOR-
NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

SER. NO. 77-975,027, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY

Exhibit 4



GLENDALE OFFICE
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Post Office Box 29001
Glendale, CA 91209-9001
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

August 23, 2012

**Via Express Mail**                                   **SECOND NOTICE**

CARNICERIA NUEVA VALLARTA
15713 Downey Ave.
Paramount, CA 90723-4407

Re:   **Unauthorized Use of VSI, Inc. Trademarks**
      **CPH Ref. V260:30.2*3**

Dear Carniceria Nueva Vallarta:

    In a letter dated March 16, 2012, a copy of which is enclosed, we demanded that Carniceria Nueva Vallarta immediately cease and desist its unauthorized use of VSI's VALLARTA marks in connection with supermarket services. Copies of VSI's federal trademark registrations are again enclosed for your reference. To date, we have not received any response from you, and Carniceria Nueva Vallarta's unauthorized use of the VALLARTA marks continues unabated.

    To resolve this issue, we again demand that Carniceria Nueva Vallarta immediately:

(i)    cease all use of the phrase "Vallarta" or any confusingly similar term in connection with retail grocery store services and restaurant services;

(ii)    agree in writing not to use the phrase "Vallarta" or any confusingly similar term in the future in connection with retail grocery store services and restaurant services; and

(iii)    agree in writing not to use VSI's trademarked palm tree design or any confusingly similar design in the future in connection with retail grocery store services and restaurant services.

    VSI is prepared, if necessary, to seek redress in United States District Court for your infringing use of the VALLARTA marks. Federal civil penalties provided in 15 U.S.C. §1117 for trademark infringement allow for the recovery of damages, including the profits from the infringing use of the marks. Moreover, because our previous letter has already put you on notice of VSI's trademark rights, a court may increase the damages by up to three times and award VSI its reasonable attorneys' fees.

James B. Christie    (1904-1959)
Robert L. Parker     (1920-1980)
C. Russell Hale      (1916-2004)

David A. Dillard
Thomas J. Daly
Edward R. Schwartz
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
G. Warren Bleeker
Gabriel Fitch
Steven E. Lauridsen
Derek W. Yeung
Jason C. Martone
Joshua T. Chu
David W. Klinger
Bruce A. Wager, Ph.D.
Phyllis C. Simon
Justin O. Ehresmann, Ph.D.
Shaun P. Lee
Ryan M. Swank
Faustina Y. Lee
Eric C. Arnell
Dustin R. Szakalski
Katherine L. Quigley
Martin W. Regehr

Of Counsel
Walter G. Maxwell

Patent Agents
Nicole Ballow Chang, Ph.D.

CARNICERIA NUEVA VALLARTA
August 23, 2012
Page 2


Due to your failure to respond to counsel's prior correspondence, we demand that you confirm to us in writing by <u>August 29, 2012</u> that you have taken, or agree to take, all of the above-described actions.  In the meantime, nothing in this letter shall be deemed a waiver of any rights, remedies, or defenses of VSI, all of which are hereby expressly reserved.

We look forward to receiving your prompt assurances.


Sincerely,


Thomas J. Daly


Enclosures:   March 26, 2012 Letter
              Trademark Registrations


TJD/drs

DRS PAS1189935.1-*-08/23/12 1:30 PM

CHRISTIE | PARKER | HALE LLP
Leaders in Intellectual Property Law

FedEx

**546871299126**

Ship (P/U) date :
Fri 3/08/2013 4:38 pm
Glendale, CA US

Delivered
Signed for by: ALLA

Actual delivery
Mon 3/11/2013 3:00 pm
PARAMOUNT, CA US

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - 3/11/2013 - Monday | | |
| 3:00 pm | Delivered | PARAMOUNT, CA |
| 7:05 am | On FedEx vehicle for delivery | SIGNAL HILL, CA |
| - 3/09/2013 - Saturday | | |
| 8:25 am | At local FedEx facility<br>Package not due for delivery | SIGNAL HILL, CA |
| 2:59 am | Departed FedEx location | OAKLAND, CA |
| - 3/08/2013 - Friday | | |
| 11:34 pm | Arrived at FedEx location | OAKLAND, CA |
| 8:00 pm | Left FedEx origin facility | LOS ANGELES, CA |
| 6:37 pm | Shipment information sent to FedEx | |
| 4:38 pm | Picked up | LOS ANGELES, CA |

Local Scan Time

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 546871299126 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.2 kgs |
| Department number | legal documents | Shipper reference | V260.30.2-3/TJD/nvo |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |



Exhibit 5



**CHRISTIE | PARKER | HALE** LLP
Leaders in Intellectual Property Law

GLENDALE OFFICE
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Post Office Box 29001
Glendale, CA 91209-9001
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

March 8, 2013

**Via FedEx**

Alla Elberealy
Owner
CARNICERIA NUEVA VALLARTA
15713 Downey Ave.
Paramount, CA 90723-4407

Re:   **Unauthorized Use of VSI, Inc. VALLARTA Trademarks**
       **CPH Ref. V260:30.2*3**

Dear Ms. Elberealy:

This is our third attempt to contact you regarding your unauthorized use of our client's VALLARTA trademarks in connection with supermarket services. As you are certainly aware from our previous letters, our client, VSI, Inc., is the owner of two federal trademark registrations for the mark VALLARTA. Copies of VSI's Registration Nos. 3,376,875 and 3,378,463 are enclosed.

Your prominent use of the term "Vallarta" on your storefront, as shown in the enclosed photograph, is likely to cause confusion in the marketplace with our client's VALLARTA marks. Consequently, you are liable for trademark infringement and unfair competition under both federal law and California law. Moreover, your use is now clearly willful, which will make you liable to disgorge your profits, to treble damages, and to payment of our attorneys' fees.

We therefore demand that Carniceria Nueva Vallarta immediately:

(i)    Cease all use of the phrase "Vallarta" or any confusingly similar term in connection with retail grocery store services and restaurant services;

(ii)   Agree in writing not to use the phrase "Vallarta" or any confusingly similar term in the future in connection with retail grocery store services and restaurant services; and

(iii)  Agree in writing not to use VSI's trademarked palm tree design or any confusingly similar design in the future in connection with retail grocery store services and restaurant services.

This is our final effort to contact you in an attempt to resolve this matter amicably. If we do not hear from you, or if you do not discontinue your infringement, VSI will take all appropriate action to protect its rights, including seeking redress in United States District Court.

James B. Christie   (1904-1959)
Robert L. Parker   (1920-1980)
C. Russell Hale   (1916-2004)

David A. Dillard
Thomas J. Daly
Edward R. Schwartz
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
G. Warren Bleeker
Steven E. Lauridsen
Jason C. Martone
Joshua T. Chu
David W. Klinger
Bruce A. Wagar, Ph.D.
Justin O. Ehresmann, Ph.D.
Shaun P. Lee
Ryan M. Swank
Faustina Y. Lee
Eric C. Arnell
Dustin R. Szakalski
Katherine L. Quigley
Eileen Z. Aghnami
Sandeep Devi
Michael J. Curry*
Martin W. Regehr, Ph.D.

Of Counsel
Walter G. Maxwell

Patent Agents
Nicole Ballew Chang, Ph.D.
Yuan Yuan Zhang, Ph.D.
Daniel M. Ueno
Abozar Mireshghi

Technical Specialists
Amber J. Reilly, Ph.D.
Kyle W. Kellar

*Admitted only in AZ

**CHRISTIE | PARKER | HALE** LLP

Alla Elberealy
CARNICERIA NUEVA VALLARTA
March 8, 2013
Page 2

We look forward to hearing from you,

Sincerely,

Thomas J. Daly

Enclosures:     VSI's Trademark Registrations
                Photograph of Carniceria Nueva Vallarta's Storefront

TJD/drs

DRS PAS1222528.1 -*-03/8/13 3:45 PM

CHRISTIE|PARKER|HALE LLP



Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 3,376,875
Registered Feb. 5, 2008

**SERVICE MARK**
**PRINCIPAL REGISTER**



VALLARTA SUPERMARKETS, INC. (CALIFOR-
NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

FOR: RETAIL GROCERY STORES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

SER. NO. 77-003,865, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,378,463
Registered Feb. 5, 2008

## SERVICE MARK
## PRINCIPAL REGISTER



VALLARTA SUPERMARKETS, INC. (CALIFOR-
NIA CORPORATION)
12979 ARROYO STREET
SAN FERNANDO, CA 91340

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

SER. NO. 77-975,027, FILED 9-21-2006.

MARY MUNSON, EXAMINING ATTORNEY



June 11,2013

Dear Customer:

The following is the proof-of-delivery for tracking number **546871299126**.

Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | .ALLA | Delivery location: | 15713 DOWNEY AVE |
| | | | PARAMOUNT, CA 90723 |
| Service type: | FedEx Standard Overnight | Delivery date: | Mar 11, 2013 15:00 |
| Special Handling: | Deliver Weekday | | |



Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 546871299126 | Ship date: | Mar 8, 2013 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
ALLA ELBEREALY
CARNICERIA NUEVA VALLARTA
15713 DOWNEY AVE
PARAMOUNT, CA 90723 US

Reference
Department number

Shipper:
Fernando Barajas
Christie Parker Hale LLP
655 N. Central Ave.
Suite 2300
Glendale, CA 912031445 US
V260:30.2-3/TJD/rwo
legal documents

Thank you for choosing FedEx.

**cph CHRISTIE|PARKER|HALE** LLP

FedEx REQUEST

(No. P.O. Box addresses)

TODAY'S DATE: _March 8, 2012_          TIME IN: _3:55 pm_

FROM: _Thomas J. Daly_

ATTORNEY/SEC.: _TJD/jrd_

CLIENT MATTER NO.: _____

CODE: _____

☐ PRIOR RECIPIENT

TO: _Allen _____

PHONE: _____

COMPANY: _Green _____

STREET ADDRESS: _18712 ____ Ave_

CITY/COUNTRY: _____

STATE: _CA_   ZIP: _92_____

ADDITIONAL INSTRUCTIONS: _Signature required_

**SERVICES:** CHECK ONLY ONE BOX
**PRIORITY OVERNIGHT:**
(DELIVERY BY NEXT BUSINESS MORNING)
☐ Other Packaging
☐ FedEx Letter
☐ FedEx Pak
☐ FedEx Box

**STANDARD OVERNIGHT:**
(DELIVERY NEXT DAY BY NOON. NO SAT. DELIVERY)
☐ Other Packaging
☐ FedEx Letter
☐ FedEx Pak
☐ FedEx Box

**ECONOMY TWO-DAY:**
(DELIVERY BY SECOND BUSINESS DAY)
☐ Economy

**SATURDAY SERVICE:**
(EXTRA CHARGE)
☐ Deliver Saturday
☐ Saturday Pick up

**OPERATOR** _____
FedEx TRACKING NUMBER: _____

**cph** CHRISTIE | PARKER | HALE LLP

FedEx REQUEST

(No. P.O. Box addresses)

TODAY'S DATE: _March 8, 2013_  TIME IN: _3.55 pm_

FROM: _____

ATTORNEY/SEC.: _JTD/ewa_

CLIENT MATTER NO.:
_VRO : 30.8-3_

CODE: _____

☐ PRIOR RECIPIENT

TO: _Leonard Rodriguez_

PHONE: _____

COMPANY: _Camera Vallarta_

STREET ADDRESS:
_1010 W. 10th St._

CITY/COUNTRY: _Merced_

STATE: _CA_   ZIP: _95340_

**SERVICES:** CHECK ONLY ONE BOX
**PRIORITY OVERNIGHT:**
(DELIVERY BY NEXT BUSINESS MORNING)
☐ Other Packaging
☐ FedEx Letter
☐ FedEx Pak
☐ FedEx Box

**STANDARD OVERNIGHT:**
(DELIVERY NEXT DAY BY NOON, NO SAT. DELIVERY)
☐ Other Packaging
☐ FedEx Letter
☐ FedEx Pak
☐ FedEx Box

**ECONOMY TWO-DAY:**
(DELIVERY BY SECOND BUSINESS DAY)
☐ Economy

**SATURDAY SERVICE:**
(EXTRA CHARGE)
☐ Deliver Saturday
☐ Saturday Pick up

ADDITIONAL INSTRUCTIONS _____

OPERATOR _____

FedEx TRACKING NUMBER: _____

Exhibit 6



A PROFESSIONAL CORPORATION
INCLUDING PROFESSIONAL CORPORATIONS

1 MacArthur Place
Suite 200
Santa Ana, California 92707
Phone: 714.852.6800
Fax: 714.852.6899
www.AlvaradoSmith.com

Thomas A. Zeigler
(714) 852-6800
tzeigler@AlvaradoSmith.com

Los Angeles
213.229.2400

San Francisco
415.624.8665

Raymond G. Alvarado,
Retired

**Certified Article Number**

7196 9008 9111 8770 3526

**SENDERS RECORD**

August 27, 2013

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND
US MAIL**

CARNICERIA NUEVA VALLARTA
Attn: Manager
15713 Downey Avenue
Paramount, CA 90723-4407

Re:   **Cease and Desist Letter
Unauthorized use of Vallarta Supermarkets, Inc. Trademark**

Dear Manager:

We are counsel for VSI, Inc. ("VSI"). You have already received two cease and desist letters from prior counsel for VSI regarding your infringement of VSI's trademarks. Due to your lack of response, we have been retained to resolve this matter through litigation, if necessary. Please note that this letter constitutes the ***third demand*** you have received requesting that you immediately cease use of the VALLARTA marks.

As you have been made aware, my client, through its affiliated entities, opened its first grocery store in 1985 under the name "Carniceria Vallarta". As a result, my client has long-standing common law rights in the VALLARTA mark. Furthermore, my client owns several federally registered trademarks for VALLARTA SUPERMARKETS. My client, thought its affiliated entities, owns dozens of supermarkets throughout California, all of which operate under the name VALLARTA SUPERMARKETS. Due to my client's sales volume and geographic reach, it is a major player in the Hispanic and Latino supermarket and grocery industry. By operating as a retail store specializing in Hispanic and Latino groceries and goods, Carniceria Nueva Vallarta is intentionally trading in VSI's goodwill by using a trademark which includes VALLARTA and that is similarly confusing to VSI's trademark. You prominently feature services and a variety of goods similar to the Vallarta Supermarkets' own services and goods.

It is clear that your use of the VALLARTA marks is intended to confuse and misdirect consumers seeking Vallarta Supermarkets' goods and services. This activity is actionable under federal law. Carniceria Nueva Vallarta's activities are unlawful and constitute unfair competition, trademark infringement, trademark dilution and false designation of origin.

3653971.1 -- N1423.0

 ALVARADOSMITH

August 27, 2013
Vallarta Supermarkets, Inc.
Page 2

As you were informed in prior letters, Federal trademark law provides numerous remedies for trademark infringement and dilution, including but not limited to, preliminary and injunctive relief, money damages, penalties, a defendant's profit, destruction or confiscation of infringing products and promotional materials, and where intentional infringement is shown attorneys' fees and treble money damages. Additionally, because Carniceria Nueva Vallarta has been on notice of VSI's rights, and has elected to blatantly continue to infringe on the marks, a court may increase the damages by up to three times and award VSI its reasonable attorneys' fees.

My client would prefer to resolve this matter without any legal actions, but as noted, this is the **third** attempt to resolve this matter without any legal actions, and you have refused to respond. Accordingly, my client has authorized us to file a lawsuit if you do not cease the use of the VALLARTA marks. You may avoid any legal action by having a representative of your company responding to this letter no later than **September 6, 2013**. If I do not hear from you by that date, legal action will be taken.

This letter is sent without prejudice and right of our client's claims and rights, all of which are expressly reserved. Please direct any communications regarding this matter to my attention.

Very truly yours,

ALVARADOSMITH
A Professional Corporation

Thomas A. Zeigler

Enclosures

cc: Client (via email)
    Gail B. Price, Esq. (via email)
    Claire Schmidt, Esq.
    Ruben A. Smith, Esq.

2. Article Number

||||||||||||||||||||||||||||||||||||||

7196 9008 9111 8770 3526

3. Service Type   **CERTIFIED MAIL™**

4. Restricted Delivery? (Extra Fee)                  ☐ Yes

1. Article Addressed to:

Carniceria Nueva Vallarta
Attn: Manager
15713 Downey Avenue
Paramount, CA 90723-4407

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

**Reference Information**

TAZ - N1423.0

PS Form 3811, January 2005                 Domestic Return Receipt