# United States District Court
# Central District of California

| | |
|---|---|
| VSI INC., <br><br> Plaintiff, <br><br> v. <br><br> NUEVA VALLARTA MARKET INC.; <br> CARNICERIA NUEVA VALLARTA; <br> DOES 1–9, inclusive, <br><br> Defendants, | Case No. 2:13-cv-7308-ODW(MRWx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement filed by Plaintiff VSI Inc. (ECF No. 22), the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Friday, October, 10, 2014**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41. All pre-trial and trial dates are **VACATED** and taken off calendar. The Motion to Enforce Settlement Agreement is **WITHDRAWN** (ECF No. 20) pursuant to VSI's Notice of Withdrawal (ECF No. 21).

**IT IS SO ORDERED.**

September 8, 2014

_____
**OTIS D. WRIGHT, II**
UNITED STATES DISTRICT JUDGE